IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN MICHAEL KNOPE,

 Plaintiff,

v.

UNITED STATES OF AMERICA,

 Defendant.

ORDER

Case No. 16-cv-379-wmc

---

KEVIN MICHAEL KNOPE,

 Plaintiff,

v.

ABIGAIL JOHNSON, et al.

 Defendants.

ORDER

Case No. 16-cv-380-wmc

---

KEVIN MICHAEL KNOPE,

 Plaintiff,

v.

STATE OF WISCONSIN, et al.

 Defendants.

ORDER

Case No. 16-cv-381-wmc

---

 Plaintiff Kevin Michael Knope has filed three proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.

 From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Kevin Michael Knope's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether any of the cases must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 9th day of June, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge