IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KNOPE,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

OPINION and ORDER

Case No. 16-cv-379-wmc

*Pro se* plaintiff Kevin Knope has filed a lawsuit against the United States of America, accusing the federal government of "treason." Knope is proceeding without prepayment of the filing fee, so his complaint is before the court for screening under 28 U.S.C. § 1915(e)(2). In addressing any *pro se* litigant's complaint, the court must construe the allegations generously. *See Haines v. Kerner*, 404 U.S. 519, 521 (1972). Even under this lenient standard the court concludes that this case must be dismissed as frivolous.

Knope claims that he is suing under 18 U.S.C. § 2381, which criminalizes treasonous acts committed by those owing allegiance to the United States. Knope alleges no specific facts to support his claims of treason or any other wrongdoing by the United States government. Even if he had, § 2381 is enforced by federal law enforcement and provides for criminal punishments; it does not create a private cause of action that may be enforced by a private citizen. For these reasons, Knope's complaint will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED as frivolous. The clerk of court is directed to close this case.

Entered this 15th day of May, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge