IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KNOPE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-379-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous.

/s/                                                    5/15/2017

Peter Oppeneer, Clerk of Court                    Date