IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KNOPE,

                    Plaintiff,                    ORDER

  v.

                                              Case No. 16-cv-379-wmc

UNITED STATES OF AMERICA,

                    Defendant.

---

KEVIN KNOPE,

                      Plaintiff,                    ORDER

  v.

                                              Case No. 16-cv-380-wmc

ABIGAIL PIERREPONT JOHNSON,
ANTHONY CLEMENT KOBLINSKI,

                    Defendants.

---

Both of these cases, filed by *pro se* plaintiff Kevin Knope, were recently dismissed and closed because neither raised a federal claim for relief that may be resolved by this court. In case no. 16-cv-379-wmc, Knope sought to sue the United States for treason. In case no. 16-cv-380-wmc, Knope sought to sue local private individuals under federal criminal statutes. As the court explained, however, only federal law enforcement can enforce federal criminal statutes. Additionally, to the extent Knope was seeking to sue local private individuals under state law, this court lacked jurisdiction over Knope's claims.

Knope has moved to reopen both cases and has also made numerous requests for a hearing. Although the court can see no basis for reopening these cases, the court will grant

Knope's request for a hearing. At the hearing, Knope should be prepared to explain why he believes the court should reopen these cases and in particular, why he believes this court has subject matter jurisdiction over his claims. The hearing will be Knope's opportunity to present any evidence or legal authority he believes establishes this court's authority to hear his claims.

ORDER

IT IS ORDERED that a hearing in these cases is set for Thursday, July 6, 2017, at 10:00 am.

Entered this 30th day of June, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge