Notice of Appeal to The United States Court of Appeals for the Seventh Circuit United States District Court for the Western District of Wisconsin 3:16-CV-00379-wmc

DOC NO
REC'D/FILED
2017 JUL 19 AM 10:07
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Kevin Michael Knope
plaintiff

v.

The United States of America
Defendant/Habeus Corpus

Notice of Appeal

I the plaintiff Kevin Michael Knope appeal to the United States Court of Appeals for the Seventh Circuit against the judgement of Judge William Martin Conley.

In Honor,

Kevin Michael Knope